**Order entered January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01520-CV

### IN THE INTEREST OF C.L., JR., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-136-W**

## ORDER

The Court **GRANTS** the State's January 6, 2015 motion to extend time to file its appellate brief. We **ORDER** the State to file its brief on or before January 21, 2015.

/s/     DAVID EVANS
           PRESIDING JUSTICE